CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 2 9 2016

JULIA C. DUDLEY, CLERK
BY: /s/
 DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CARY HENDRICK, et al., | Civil Action No. 7:16CV00095 |
| Plaintiffs, | |
| v. | **ORDER** |
| DONALD CALDWELL, et al., | By: Hon. Glen E. Conrad |
| Defendants. | Chief United States District Judge |

The court has before it the parties' joint motion to voluntarily dismiss Causes of Action Two, Four, and Six of the plaintiff's complaint without prejudice, filed pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

It is accordingly

**ADJUDGED and ORDERED**

that Causes of Action Two, Four, and Six of the plaintiff's complaint in the above-styled matter be **DISMISSED** without prejudice.

The clerk is directed to send a certified copy of this order to all counsel of record.

Enter this 29th day of August, 2016.

/s/ Glen E. Conrad
Chief United States District Judge