# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

**CARY HENDRICK, et al**

vs.

**DONALD CALDWELL, et al**

Action No: 7:16CV00095
Date: 09/15/2016
Judge: Hon. Glen Conrad
Court Reporter: Sonia Ferris
Deputy Clerk: Susan Moody

Plaintiff Attorney(s)
Erin Trodden, Esq.
Mary Frances Charlton, Esq.
Ted Kneller, Esq.

Defendant Attorney(s)
Margaret O'Shea, Esq.
Nancy Davidson, Esq.

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

None

DEFENDANT:

None

PROCEEDINGS:
Parties present by counsel for oral argument on pending Motion to Dismiss #17

Argument

Time in Court: 1:05-1:55 pm   50 mins.