CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 08 2017

JULIA C. DUDLEY, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CARY HENDRICK, et al., | ) | |
| Plaintiffs, | ) | Civil Action No. 7:16CV00095 |
| v. | ) | **ORDER** |
| DONALD CALDWELL, et al., | ) | By: Hon. Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendants. | ) | |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that defendants' motion to dismiss is **GRANTED**.

The Clerk is directed to strike this case from the active docket of the court. The Clerk is further directed to send certified copies of this order to all counsel of record.

ENTER: This 8th day of February, 2017.

_____
Chief United States District Judge